UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| AMY ROBERTSON,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHEM LIFE INSURANCE COMPANY,<br><br>Defendant. | CASE NO: 2:19-cv-06774 DSF (KSx)<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: August 5, 2019 |

Pursuant to the stipulation of the parties, the above-entitled action is dismissed with prejudice.

Each party shall bear its and his own fees and costs.

IT IS SO ORDERED.

DATED: November 20, 2020

*Dale S. Fischer*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

---

1

ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE